UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

United States of America )
)
v ) CR298-00023-001
)
Christian A. Hansen )

## ORDER

On March 20, 2007, the Court received a petition filed on the defendant's behalf requesting the Court grant Christian A. Hansen a compassionate release from his term of imprisonment on the sentence the Court imposed on June 2, 1999, based on his declining and debilitating health. After reviewing the petition and verifying the validity of the defendant's health, the Court finds the following:

1. The defendant, Christian A. Hansen, is 80 years old and is presently incarcerated at the Federal Medical Center, Lexington, Kentucky.

2. The defendant is housed in an inpatient unit because he is unable to care for himself.

3. The defendant is managed in a pressure relief bed and a geriatric wheelchair.

4. The defendant needs and receives assistance with his feeding and bathing.

5. The defendant is incontinent of bladder and bowel.

6. The defendant suffers from the following debilitating and progressive declining health problems: rheumatoid arthritis, heart arrhythmia, anemia, sepsis, and renal failure.

The defendant's record while incarcerated indicates that he has complied with the rules and regulations of the Bureau of Prisons. Further, there is no information which indicates that prior to or since his incarceration the defendant poses a threat or risk to the well being of others. Also, there is no information which would indicate that should the Court grant the defendant's petition he would pose a risk to the community.

The Court, after reviewing all of the relevant information, believes that the defendant's petition is in no way an attempt by the defendant or his family to subvert justice or the judicial system. The Court viewed the defendant's petition as a request for mercy from an individual whose health is failing and, based on his advanced age, is unlikely to survive the remainder of his term of imprisonment.

**Therefore**, the Court hereby reduces the offender's term of imprisonment to time served effective March 30, 2007, and orders that he be released from imprisonment on that day. Further, the Court rescinds the two-year term of supervised release imposed at the defendant's original sentencing.

SO ORDERED, this 29 day of March 2007.

_____
Judge, U.S. District Court